# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| JACKIE CRIDER,<br><br>          Plaintiff,<br>vs.<br><br>VERIZON WIRELESS (VAW) LLC, et al.,<br><br>          Defendants. | Case No. 17-2442 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jackie Crider and Defendant Verizon Wireless (VAW) LLC hereby notify the Court that they have reached a settlement in principle.  The parties withdraw the pending *Joint Motion to Amend the Scheduling Order*.  The parties expect a dismissal of this matter to be on file within the next 30 days.

Respectfully submitted,

CREDIT LAW CENTER

**By: s/Andrew M. Esselman**
Andrew M. Esselman #26113
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
T: (816) 246-7800
F: (855) 523-6884
**Attorney for Plaintiff**

and

**McAnany, Van Cleave & Phillips, P.A.**

**By:     /s/ Alan T. Fogleman**
Alan T. Fogleman #25004
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Direct Line: 913-573-3301
Main: 913-371-3838
Fax: 913-371-4722
afogleman@mvplaw.com
Counsel for Verizon Wireless (VAW) LLC

1

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was filed through the CM/ECF system this 1st day of March 2018, which sends notice to all counsel of record.

                                          /s/ Andrew M. Esselman
                                          **Attorney for Plaintiff**