IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| **JACKIE CRIDER,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**VERIZON WIRELESS (VAW) LLC, et al.,**<br><br>            **Defendants.** | Case No.  17-CV-2442 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jackie Crider, with the stipulation and agreement of Defendant, Equifax Information Services, LLC, and hereby dismisses this action with prejudice, each party to bear its or his own costs.


Respectfully submitted,


CREDIT LAW CENTER

**By: s/Andrew M. Esselman**
Andrew M. Esselman #26113
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
T: (816) 246-7800
F: (855) 523-6884
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

This certifies that on this 30th day of April 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

/s/ Andrew M. Esselman
Attorney for Plaintiff
